```
1  John D. McLachlan (State Bar No. 102436)
   FISHER & PHILLIPS LLP
2  One Embarcadero Center, Suite 2340
   San Francisco, CA 94111-3712
3  Telephone: (415) 490-9000
4  Facsimile: (415) 490-9001
   Attorneys for Defendant
5  SSA Terminals, Inc.

6  Michael J. Carroll (State Bar No. 50246)
   ERSKINE & TULLEY
7  220 Sansome Street, Suite 600
   San Francisco, CA 94104
8  Telephone: (415) 392-5431
   Facsimile: (415) 392-1978
9  Attorneys for Plaintiffs
   Board of Trustees of the Automotive
10 Industries Pension Fund and
   Jim Beno, Trustee
11
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEE,<br><br>Plaintiffs,<br>vs.<br><br>SSA TERMINALS, INC., a corporation also known as SSA MARINE and as STEVEDORING SERVICES OF AMERICA,<br><br>Defendants. | Civil Action No. C07-3479 CW<br><br>**STIPULATION EXTENDING THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

1  |  The parties hereby stipulate that the time for Defendant SSA Terminals, Inc. to respond
2  |  to Plaintiffs' Complaint will be extended to September 4, 2007.
3  |  This stipulation will not interfere with the Court's scheduling order or any other dates
4  |  previously set by the Court in this case.
5  |
6  |  DATED: August 22, 2007                    FISHER & PHILLIPS LLP
7  |
8  |                                             By: John D. McLachlan
                                                 Attorneys for Defendant
9  |                                             SSA Terminals, Inc.
10 |  DATED: August __, 2007                    ERSKINE & TULLEY
11 |
12 |                                             By: Michael J. Carroll
                                                 Attorneys for Plaintiffs
13 |                                             Board of Trustees of the Automotive
                                                 Industries Pension Fund; Jim Beno, Trustee
14 |
15-28 |