```
 1  ERSKINE & TULLY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (STATE BAR #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4  Facsimile:  (415) 392-1978

 5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEE,<br><br>            Plaintiffs,<br><br>     vs.<br><br>SSA TERMINALS, INC., a California corporation also known as SSA MARINE and as STEVEDORING SERVICES OF AMERICA,<br><br>            Defendant. | NO. C 07 3479 CW<br><br>STIPULATION AND PROPOSED ORDER TO REFER MATTER TO MEDIATION |

The parties have met and conferred by conference call, and desire to have the case referred to mediation. IT IS STIPULATED that this case be referred to mediation.

DATED: 9/18/07

_____
Michael J. Carroll
Attorneys for Plaintiffs

DATED: 9/18/07

_____
John D. McLachlan
Attorneys for Defendant

IT IS SO ORDERED.

DATED:_____

_____
Honorable Claudia Wilken

STIPULATION & PROPOSED ORDER TO REFER MATTER TO MEDIATION