```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (STATE BAR #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4  Facsimile:  (415) 392-1978

 5  Attorneys for Plaintiffs

 6

 7
                      UNITED STATES DISTRICT COURT
 8
                     NORTHERN DISTRICT OF CALIFORNIA
 9

10

11  BOARD OF TRUSTEES OF THE AUTOMOTIVE ) NO. C 07 3479 CW
    INDUSTRIES PENSION FUND; JIM        )
12  BENO, TRUSTEE,                      )
                                        )
13           Plaintiffs,                ) STIPULATION AND
                                        ) ORDER TO REFER MATTER
14       vs.                            ) TO MEDIATION AS MODIFIED
                                        )
15  SSA TERMINALS, INC., a California   )
    corporation also known as SSA MARINE)
16  and as STEVEDORING SERVICES OF      )
    AMERICA,                            )
17           Defendant.                 )
    _____)
18

19       The parties have met and conferred by conference call, and

20  desire to have the case referred to mediation, IT IS STIPULATED that

21  this case be referred to mediation.

22  DATED: 9/18/07                    /s/Michael J. Carroll
                                      Michael J. Carroll
23                                    Attorneys for Plaintiffs

24
    DATED:  9/18/07                   /s/John D. McLachlan
25                                    John D. McLachlan
                                      Attorneys for Defendant
26
    IT IS SO ORDERED: COURT-SPONSORED MEDIATION WITHIN 90 DAYS.
27          9/20/07
                                      Claudia Wilken
28  DATED:_____     _____

              STIPULATION & ORDER TO REFER MATTER TO MEDIATION
```

**Honorable Claudia Wilken**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION & ORDER TO REFER MATTER TO MEDIATION**