John D. McLachlan (State Bar No. 102436)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2340
San Francisco, CA 94111-3712
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
SSA Terminals, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEE,<br><br>Plaintiffs,<br><br>vs.<br><br>SSA TERMINALS, INC., a corporation also known as SSA MARINE and as STEVEDORING SERVICES OF AMERICA,<br><br>Defendants. | Civil Action No. C07-3479 CW<br><br>**DECLARATION OF JUDY KEENAN RE ELECTRONIC FILING FAILURE RE DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** |

I, Judy Keenan, declare as follows:

1. Pursuant to the Court's September 24, 2007 e-mail notification to John D. McLachlan, counsel for Defendant SSA Terminals, and the Court's General Order 45, I declare as follows:

2. On September 24, 007, at 4:25 pm, I attempted to electronically file Defendant's Answer to Plaintiff's Complaint.

4. On September 24, 2007, at 5:25 pm, I again attempted to electronically file Defendant's Answer to Plaintiff's Complaint.

1   5.   Both attempts on September 24, 2007 to file Defendant's Answer to Plaintiff's
2   Complaint failed because of urgent technical issues with the Court's CM/ECF system.
3   I declare under penalty of perjury under the laws of the United States of America that
4   the foregoing is true and correct.
5   Executed at San Francisco, California on September 24, 2007, at 5:30 pm.

_____
Judy Keenan

---

Declaration of Judy Keenan re Electronic Filing Failure re Defendant's Answer to Plaintiff's Complaint
Board of Trustees of the Automotive Industries, et al. v. SSA Terminals, Inc., et al.; Civil Action No. C07-3479 CW    2

**CERTIFICATE OF SERVICE**

1. I, the undersigned, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. I am employed with the law offices of Fisher & Phillips LLP. My business address is One Embarcadero Center, Suite 2340, San Francisco, CA 94111-3712.

On this date, I served the foregoing DECLARATION OF JUDY KEENAN RE ELECTRONIC FILING FAILURE RE DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT on the following parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Michael J. Carroll<br>Erskine & Tulley<br>220 Montgomery Street #303<br>San Francisco, CA 94104<br>Telephone: (415) 392-5431<br>Facsimile: (415) 392-1978 | Plaintiffs' Attorney |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 24, 2007, at San Francisco, California.

_____
Judy Keenan

CERTIFICATE OF SERVICE
SanFrancisco 102539.1