ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEES,<br><br>Plaintiffs,<br><br>vs.<br><br>SSA TERMINALS, INC., a California corporation also known as SSA MARINE and as STEVEDORING SERVICES OF AMERICA,<br><br>Defendant. | NO. C 07 3479 CW<br><br>JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE<br><br>CASE MANAGEMENT CONFERENCE<br>DATE: 10/9/07<br>TIME: 2:00 p.m. |

The parties report the status of this case as follows:

This is an ERISA fringe benefit collection case.

The parties have stipulated to an ADR; specifically mediation. The Court has ordered that mediation occur within 90 days from September 20, 2007.

The parties respectfully request, in the interest of saving judicial and attorneys time, that the Case Management Conference be continued to a date convenient to the Court after December 20, 2007.

////

////

JOINT CASE MANAGEMENT STATEMENT                    1

```
1  DATED: October 1, 2007        ERSKINE & TULLEY
                                 A PROFESSIONAL CORPORATION
2
3                                By: _____
                                     Michael J. Carroll
                                     Attorneys for Plaintiff
4  DATED: October 1, 2007
5                                By: _____
                                     John D. McLachlan
6                                    Attorneys for Defendant
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

JOINT CASE MANAGEMENT STATEMENT                       2