```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA 94104
    Telephone: (415) 392-5431
 4
 5  Attorneys for Plaintiffs
```

**FILED**

OCT - 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
BOARD OF TRUSTEES OF THE AUTOMOTIVE  )
INDUSTRIES PENSION FUND; JIM BENO,   )   NO. C 07 3479 CW
TRUSTEES,                            )
                                     )
              Plaintiffs,            )   JOINT CASE MANAGEMENT
                                     )   STATEMENT; REQUEST FOR
         vs.                         )   CONTINUANCE AND
                                     )   ORDER THEREON
SSA TERMINALS, INC., a California    )   CASE MANAGEMENT CONFERENCE
corporation also known as SSA        )   DATE: 10/9/07
MARINE and as STEVEDORING SERVICES   )   TIME: 2:00 p.m.
OF AMERICA,                          )
              Defendant.             )
_____)
```

The parties report the status of this case as follows:

This is an ERISA fringe benefit collection case.

The parties have stipulated to an ADR; specifically mediation. The Court has ordered that mediation occur within 90 days from September 20, 2007.

The parties respectfully request, in the interest of saving judicial and attorneys time, that the Case Management Conference be continued to a date convenient to the Court after December 20, 2007.

////

////

JOINT CASE MANAGEMENT STATEMENT                         1

DATED: October 1, 2007

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

By: /s/ Michael J. Carroll
Michael J. Carroll
Attorneys for Plaintiff

DATED: October 1, 2007

By: /s/ John D. McLachlan
John D. McLachlan
Attorneys for Defendant

IT IS SO ORDERED. The Case Management Conferene is continued to January 8, 2008, at 2:00 p.m.

DATED: 10/3/07

/s/ Claudia Wilken
CLAUDIA WILKEN
United States District Judge

JOINT CASE MANAGEMENT STATEMENT                           2