# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Board of Trustees of the Automotive Industries Pen, | 07-03479 CW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| SSA Terminals, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Maureen J. Hochler**
> Alliance for Resolution
> 49 Parkview Circle
> Corte Madera, CA 94925
> 415-927-9409

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

United States District Court
Northern District of California

1    Counsel are reminded that the written mediation statements required by the ADR

2 L.R. 6-7 shall NOT be filed with the court.

3

4 Dated: October 12, 2007

5                                                    RICHARD W. WIEKING
                                                     Clerk
6                                                    by:    Claudia M. Forehand

7

8                                                    _____
                                                     ADR Case Administrator
9                                                    415-522-2059
                                                     Claudia_Forehand@cand.uscourts.gov

**United States District Court**
Northern District of California

**Notice of Appointment of Mediator**
07-03479 CW MED                    - 2 -