ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al., <br><br> plaintiffs, <br> vs. <br><br> SSA TERMINALS, INC., a California corporation also known as SSA MARINE and as STEVEDORING SERVICES OF AMERICA <br><br> Defendants. | NO.  C 07 3479 CW <br><br> PLAINTIFFS CASE MANAGEMENT STATEMENT ; REQUEST FOR CONTINUANCE <br><br> CASE MANAGEMENT CONFERENCE <br> DATE: 1/8/08 <br> TIME: 2:00 p.m. |

  Plaintiff files this Case Management Statement because defendant's counsel is out of town, in an arbitration, and unavailable.

  This case has settled; the paperwork has been drafted but not yet been signed by the parities because of holidays.

  We respectfully request that the conference be continued for 30 days so the settlement can be completed and the case dismissed.

DATED: January 3, 2008     Respectfully submitted,

                ERSKINE & TULLEY
                A PROFESSIONAL CORPORATION

                By: _____
                Michael J. Carroll
                Attorneys for Plaintiff

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On January 3, 2008 I served the within PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR CONTINUANCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

John D. McLachlan
Fisher & Phillips LLP
One Embarcadero Center, Suite 2340
San Francisco, CA 94111

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2008 at San Francisco, CA.

Sharon Eastman