1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE AUTOMOTIVE)      NO. C 07 3479 CW
   INDUSTRIES, et al.                )
12                                    )
                          Plaintiff,  )
13                                    )    ORDER TO CONTINUE CASE
             vs.                      )    MANAGEMENT CONFERENCE
14                                    )
   SSA TERMINALS, INC., a California  )
15 corporation also known as SSA      )
   MARINE and as STEVEDORING SERVICES )
16 OF AMERICA                         )
                                      )
17                        Defendant.  )
   _____)
18

19         IT IS ORDERED that the Case Management Conference in this

20 case originally set for January 8, 2008 continued to February 19, 2008

21 at 2:00 p.m. in Courtroom 2, 1301 Clay Street, Oakland, California.

22 Dated:_____      _____
                                   Honorable Claudia Wilken
23

24

25

26

27

28