```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al., <br><br>  Plaintiffs, <br><br> vs. <br><br> SSA TERMINALS, INC., a corporation also known as SSA MARINE and as STEVEDORING SERVICES OF AMERICA <br><br> Defendants. | NO. C 07 3479 CW <br><br> STIPULATION FOR <u>DISMISSAL; ORDER</u> |

It is hereby stipulated between the parties that the above entitled action be dismissed without prejudice.

Dated: January 7, 2008          ERSKINE & TULLEY

                                By:<u>/s/Michael J. Carroll</u>
                                   Michael J. Carroll
                                   Attorneys for Plaintiffs

Dated: January 7, 2008          FISHER & PHILLIPS LLP

                                By:<u>/s/John D. McLachlan</u>
                                   John D. McLachlan
                                   Attorney for Defendants

<u>STIPULATION FOR DISMISSAL; ORDER</u>

1

<u>O R D E R</u>

It is so ordered.

Dated:_____        _____
                                            Honorable Claudia Wilken

<u>STIPULATION FOR DISMISSAL; ORDER</u>
2