1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
   BOARD OF TRUSTEES OF THE AUTOMOTIVE)    NO. C 07 3479 CW
12 INDUSTRIES, et al.,                 )
                                       )
13                    Plaintiffs,      )
                                       )
14           vs.                       )    STIPULATION FOR
                                       )    DISMISSAL; ORDER
15 SSA TERMINALS, INC., a corporation )
   also known as SSA MARINE and as    )
16 STEVEDORING SERVICES OF AMERICA     )
                                       )
17                    Defendants.      )
   _____)
18

19         It is hereby stipulated between the parties that the above

20 entitled action be dismissed without prejudice.

21 Dated: January 7, 2008          ERSKINE & TULLEY

22
                                   By:/s/Michael J. Carroll
23                                    Michael J. Carroll
                                      Attorneys for Plaintiffs
24

25 Dated: January 7, 2008          FISHER & PHILLIPS LLP

26
                                   By:/s/John D. McLachlan
27                                    John D. McLachlan
                                      Attorney for Defendants
28

                    STIPULATION FOR DISMISSAL; ORDER
                                   1

1                                    O R D E R

2             It is so ordered.

3                        1/8/08
   Dated:_____        _____

4                                      Honorable Claudia Wilken

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28